In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00067-CR
_____

DAPHNE OCTAVIA SPURLOCK, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 435th District Court
Montgomery County, Texas
Trial Cause No. 13-12-13492 CR

MEMORANDUM OPINION

A jury convicted Daphne Octavia Spurlock of injury to a child and sentenced Spurlock to forty years in prison. Spurlock's appellate counsel filed a brief that presents counsel's professional evaluation of the record and concludes Spurlock's appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). We granted an extension of time for Spurlock to file a *pro se* brief, but we received no response from Spurlock. We have determined that this appeal is wholly frivolous. We have

independently examined the clerk's record and the reporter's record, and we agree that no arguable issues support an appeal. We find it unnecessary to order appointment of new counsel to re-brief the appeal. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on September 11, 2014
Opinion Delivered September 24, 2014
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.

---

[1]Spurlock may challenge our decision by filing a petition for discretionary review. *See* Tex. R. App. P. 68.